1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   CENTEX HOMES,                    )    1:06-cv-1070 OWW WMW
                                     )
10                 Plaintiff,        )    ORDER AFTER FURTHER
                                     )    SCHEDULING CONFERENCE
11        v.                         )
                                     )
12  ATLANTIC MUTUAL INSURANCE        )
    COMPANY,                         )
13                                   )
                   Defendant.        )
14                                   )
                                     )
15  _____)

16

17  I.   Date of Scheduling Conference.

18       May 18, 2007.

19  II.  Appearances Of Counsel.

20       Thelen Reid Brown Raysman & Priest LLP by Aaron R. Gruber,

21  Esq., appeared on behalf of Plaintiff.

22       Selvin Wraith Halman LLP by Patrick M. Quigley, Esq.,

23  appeared on behalf of Defendant.

24  III.  Status of Case.

25       1.   The parties announced that they have reached a

26  tentative settlement.  Accordingly, based on the parties' belief,

27  the case will settle.

28       2.   No further action shall be taken in this case, pending

                                 1

1   receipt by the Court of a dismissal of the action.

2         3.      The parties shall have through and including July 18,

3   2007, to provide the dismissal of the action to the Court.

4

5   IT IS SO ORDERED.

6   **Dated:    May 18, 2007**                        **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28