UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CENTREX HOMES,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-cv-1070 OWW GSA |
| | ) | |
| v. | ) | |
| | ) | |
| **ATLANTIC MUTUAL INS. CO.,** | ) | **ORDER DISMISSING ACTION** |
| | ) | **PURSUANT TO STIPULATION** |
| | ) | |
| Defendant | ) | |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed.**

IT IS SO ORDERED.

**Dated:   November 5, 2007**                       /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE

1